appealed from. The order changing the place of trial from the county of Kings to the county of New York is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LEVY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Albert E. Levy against the city of New York and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

LEVY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Katie Levy against the city of New York and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

(112 App. Div. 921)

LIPSHITZ, Appellant, v. SALAWAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Gussie Lipshitz against Samuel Salaway and others. No opinion. The court had no power to extend the time in which to serve the notice of appeal. Order reversed, with $10 costs and disbursements, and motion denied, with costs, on the authority of Lavalle v. Skelly, 90 N. Y. 546.

LIPSCHITZ et al., Appellants, v. SCHNEIDER, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Harry Lipschitz and Isaac Goldman against David Schneider. No opinion. Judgment affirmed, with costs.

LOEWER v. GERMAN-AMERICAN BANK et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by John A. Loewer against the German-American Bank and others. No opinion. Judgment affirmed, with separate bills of costs against the plaintiff and defendant Joseph Q. Meyer in favor of the respondents appearing on this appeal by separate attorneys.

LOMAS, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary Lomas against the New York City Railway Company. No opinion. Motion denied.

LORDVILLE & E. BRIDGE CO., Appellant, v. DE LACKNER, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by the Lordville & Equinunk Bridge Company against Charles De Lackner. No opinion. Order modified, so as to require the plaintiff to state the times when, places where, and the number of persons carried each time it is claimed the defendant transported or ferried across the Delaware river, and the times when and places where it is claimed the defendant transported or ferried freight across said river, and, as thus modified, affirmed, without costs.

LOVETT, Respondent, v. LOVETT, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by George E. Lovett against Grace E. Lovett. No opinion. Order affirmed, without costs.

LOWRY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Mary Lowry, as administratrix, against the Interurban Street Railway Company. B. H. Ames, for appellant. Isaac Cohen, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $5,622.17, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

LOWTHER, Respondent, v. LOWTHER, Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Clarence L. Lowther against Christopher, M. Lowther, impleaded. W. W. Shaw, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McAULEY, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Edward McAuley against the New York & Queens County Railway Company.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

In re McCABE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Edgar McCabe for admission to the bar. No opinion. Application granted and order signed.

McLAUGHLIN v. CONNORS et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) In the matter of the complaint of John J. McLaughlin against John P. Connors and others. No opinion. Order affirmed, with $10 costs and disbursements, and new election ordered. If counsel do not agree upon form of order, same to be settled, on two days' notice, by CHESTER, J.

MacMULLEN, Respondent, v. CITY OF MIDDLETOWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Charles MacMullen against the city of Middletown. No opinion. Motion to amend order granted. Motion for leave to appeal to the Court of Appeals granted, and questions certified. See 98 N. Y. Supp. 145.

McNABB et al., Respondents, v. MERYASH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Henry McNabb and another against Rebecca Meryash and others. E. W. S. Johnston, for appellants. F. E. M. Bullowa, for

respondents. No opinion. Judgment affirmed, with costs. Order filed.

McPHERSON, Respondent, v. GENERAL SYNOD OF THE REFORMED CHURCH IN AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Rosie McPherson against the General Synod of the Reformed Church in America. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

MAHER et al., Respondents, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Patrick Maher and another against John Kennedy and others. A. B. Cruikshank, for appellants. W. F. Clare, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

(112 App. Div. 911)

MALLOY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by William R. Malloy, by guardian against the city of New York. T. Farley, for appellant. H. A. Powell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Landau v. City, 180 N. Y. 48, 72 N. E. 631, 105 Am. St. Rep. 709.

HOUGHTON, J., dissents. Order filed.

MANTHAI, Appellant, v. ERIE R. CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma K. Manthai, as administratrix, etc., of Herman C. Manthai, deceased, against the Erie Railroad Company, impleaded, etc. No opinion. Judgment affirmed, with costs.

MARSON, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by William H. Marson against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified to the court for review.

MARTIN, Respondent, v. HOROWITZ, Appellant. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Thomas F. Martin against David Horowitz. From a judgment for plaintiff, defendant appeals. Reversed and remanded. Bernard Ginzberg, for appellant. Feeney & Kornblue, for respondent.

PER CURIAM. Declaring upon an account stated for newspapers sold to defendant, the plaintiff proved certain dealings with one Schwartz, who, it is claimed, had transferred his business to the defendant; but there was an absolute failure of proof that any bill or bills for the amount in suit had ever been rendered to the defendant, and the only suggestion of the rendering of a statement of even the gross amount claimed to be due is contained in the testimony of the plaintiff's witness that the defendant promptly repudiated the asserted

debt. There is nothing to indicate that the parties consented to the substitution of an issue arising out of a claim for goods sold and delivered; but, assuming the substitution, there was no prima facie proof of the price or value of the goods. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

MEEKER, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Sarah Thro Meeker, as administratrix, etc., of Henry W. Meeker, deceased, against Clark M. Smith and others.

PER CURIAM. Judgment and orders affirmed, with costs.

KELLOGG, J., dissents. PARKER, P. J., not voting.

MELTZER, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by William A. Meltzer against the Interurban Street Railway Company. No opinion. Judgment and order affirmed, with costs. Order filed.

MEXICO ONYX QUARRY CO., Appellant, v. KELLEY, Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by the Mexico Onyx Quarry Company against David J. Kelley. W. J. Dawley, for appellant. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILLER et al., Respondents, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Elizabeth Miller and others, as executors, etc., of Joseph O. Miller, deceased, against Reese Carpenter. No opinion. Judgment affirmed, with costs.

MINOR v. GARDEN. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Gilbert W. Minor against W. Morton Garden. No opinion. Motion granted, unless appellant pay $10 costs of motion and file and serve corrected record as stated in memorandum per curiam. Settle order on notice.

MOORES, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Hallie Moores against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

MURPHY, Respondent, v. EMSHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma L. Murphy against Jacob Emsheimer. No opinion. Judgment and order unanimously affirmed, with costs.

MYERS, Appellant, v. TOWN OF GATES, Respondent. (Supreme Court, Appellate Divi-